# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JACOB MANSELL

NO. 2026 KW 0843

**JULY 9, 2026**

---

In Re:  Jacob Mansell, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 26-WFLN-132.

---

**BEFORE:  THERIOT, LANIER, AND MILLER, JJ.**

**STAY DENIED.  WRIT DENIED.**

> **MRT**
> **WIL**
> **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT